HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEROME D. GOUCHER, JR, ) | Case No: 3:14-cv-03009-EMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROP~~OSED ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (14) days up through and including Monday, November 17, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before December 15, 2014. This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel<br>Social Security Administration |
| Dated: November 3, 2014 | */s/*<br>DONNA W. ANDERSON<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: November 3, 2014 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>JERRY D. GOUCHER, JR. |

IT IS SO ORDERED.

Dated:   November 4, 2014

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND PROPOSED ORDER   2

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755