UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JEROME D. GOUCHER, JR., | ) | Case No. 3:14-cv-03009-EMC |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| v. | ) | EXTENDING BRIEFING |
| | ) | SCHEDULE |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the time for Defendant to prepare and file her responsive pleading shall be extended until January 14, 2015.  All other due dates shall be extended accordingly. Plaintiff's reply shall be filed by January 28, 2015.

DATED: _____12/12/14_____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen