UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME D. GOUCHER, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 3:14-cv-03009-EMC <br><br> [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the time for Defendant to prepare and file her responsive pleading shall be extended until January 15, 2015. All other due dates shall be extended accordingly.

DATED: 1/15/2015   _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen