# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY D. GOUCHER, JR., | ) Case No. 3:14-cv-03009-EMC |
| | ) |
| Plaintiff, | ) ORDER AWARDING |
| v. | ) FEES UNDER THE EQUAL ACCESS |
| | ) TO JUSTICE ACT, PURSUANT TO |
| CAROLYN W. COLVIN, | ) 28 U.S.C. § 2412(d) |
| Acting Commissioner, Social Security | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, IT IS HEREBY ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SIX THOUSAND DOLLARS ($6,000.00), as authorized by 28 U.S.C. § 2412(d), and no cost, subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

DATED:  9/23/15

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE